NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3055

MIGUEL CATALA-MORALES,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in NY1221070262-W-1.

ON MOTION

Before DYK, Circuit Judge.

ORDER

Miguel Catala-Morales moves for a 28-day extension of time, until March 9, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 24 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Elaine Rodriguez-Frank, Esq.
     Courtney E. Sheehan, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 24 2009

JAN HORBALY
CLERK